IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN WEBB,

    **Plaintiff,**

v.                                    Case No.  4:16cv693-MW/GRJ

STEPHANIE G. PACE,
et al.,

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed as a pauper, ECF No. 2, is **GRANTED**. Plaintiff's complaint is **DISMISSED**." The Clerk shall close the file.

SO ORDERED on November 30, 2016.

                                              s/Mark E. Walker    
                                              **United States District Judge**